FULL NAME: Michael Todd Johnson
COMMITTED NAME (if different): " "
FULL ADDRESS INCLUDING NAME OF INSTITUTION: 4436 Calle Real, Santa Barbara, Ca. 93110
PRISON NUMBER (if applicable): #0189792



FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Michael Todd Johnson

PLAINTIFF,

v.

AL Emondi and all others working on the D.A.R.P.A. (N3) "Brain STORM" Project

DEFENDANT(S).

CASE NUMBER: CV22-1405-DMG(AS)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
PURSUANT TO *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____ N/A _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☐ No

   If your answer is no, explain why not __No process of grievance available.__

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not __No process of grievance available.__

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Michael Todd Johnson__
(print plaintiff's name)
who presently resides at __4436 Calle Real, Santa Barbara, Ca. 93110__
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__Santa Barbara County Jail, Santa Barbara County__
(institution/city where violation occurred)

on (date or dates) __Ongoing__ , __ongoing__ , __ongoing__ .
         (Claim I)    (Claim II)    (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __El Emondi__ resides or works at
(full name of first defendant)
__475 N. Randolph St. Arlington, Va. 22203__
(full address of first defendant)
__($N^3$) Program Manager, D.A.R.P.A.__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
__Armed Forces, Dept. of Defense, Defense Advanced Research Project Agency__

2. Defendant __Gaurav Sharma__ resides or works at
(full name of first defendant)
__N/A__
(full address of first defendant)
__Research Team Leader, ($N^3$) Project__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
__Works in active concert for D.A.R.P.A. ($N^3$) Project under Armed Forces - Co-Contractor__

3. Defendant __Patrick Ganzer__ resides or works at
(full name of first defendant)
__N/A__
(full address of first defendant)
__Research $N^3$ Project__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
__Works in active concert for D.A.R.P.A. $N^3$ Project under Armed Forces - Co-Contractor__

4. Defendant **Sakhrat Khizroev** ___ resides or works at
   (full name of first defendant)
   **N/A**
   (full address of first defendant)
   **Researcher Engineer, (N³) Project**
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
**Co-Contracted under the Department of Defense for the "N³ Brain Storm Project", Armed forces**

5. Defendant **Jacob Robinson** ___ resides or works at
   (full name of first defendant)
   **N/A**
   (full address of first defendant)
   **Research Team Leader N³ Project**
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
**Co-Contracted for the Department of Defense (N³) Brain Storm Project.**

The following Individuals are also sued in their official capacity, and work in active concert on the D.A.R.P.A. N³ Brain Storm Project for the Department of Defense / i.e. Armed Forces, Their addresses also Unknown: Defendants 6-12 are:

6. Patrick Conndy
7. David Blodgett
8. Pulkit Grover
9. Krishnan Thygarajan
10. Michael D'zmura
11. Thomas Naselaris
12. Ping Liang

Any and All other persons that are directly in Active concert on the "Next Generation Nuerotechnology (N³) Brain Storm Project or Program are also sued in their official Capacity Pursuant to Bivens Vs. (6) Six Unknown Federal Agents (1971) 403 vs. 388 Due to their Unknown ⓡ Hidden Identities, Their addresses are also Unknown.

1.

Control of Mr. Michael Todd Johnson's Behaviour by Inserting and manipulating his thoughts, perception, dreams, memory and emotions. They altered his mental states via inter alia, Nuero modulation - Disarranging the nuerons in Mr. Johnson's brain in an harmful way and intentially causing hemorrhages by puncturing his blood vessels, brain barrier, (devices omitted for trial Evidence), Degrading his Cognitive Functions and Unlawfully Distructing his brain. This should suffice for a 5th, 6th, 8th and 14th Amendment Violation.

Mr. Johnson has a loss of his 4th Amendment Right. However that loss has limitations. He agreed to a search of his Person, Personal property, and to an U.A. if requested by law Enforcement. The Department of Defense was not in Mr. Johnson's search Claus agreement, neither was an agreement made to allow the D.O.D. to "Hack his Brain" for any purpose including nueroweapons research and Development, Distuctful Brain Research. This should suffice for the 4th, 8th, and 14th Amendment violations.

This case is extremely important to our Country's Democracy, future survival and Freedom. The time has come for a constitutional stand to be made in our country in the correct way on the Right Direction.

These Bio-nano-nuero technologies are being researched and developed worldwide competitively. However most of which have very different values, standards, and principals than the U.S. Some are Communists and some are straight worse than that. The American Brain Initiative and the Innovation and competitive acts Do Not Supercede our


(2.)

Constitution / Bill of Rights. This reminds me of the Nuremberg Trials, But, this is not **Nazi** Germany.

Please take notice of the severity and seriousness of this matter(s) and the flagrant Human Rights and Constitutional Violation when screening this Civil Rights Action.

Please take notice of the Act and the History of the Act under which Mr. Johnsen's is moving for his damages, (42 U.S.C § 1983). The KKK Act was especially designed for illiterate Indigent people and who were not trained in the law and could not afford to pay for Attorneys and could not even spell, or count change. Black people weren't even allowed to go to school, work most places, or even go to places to eat or stores. But, they were, in fact, able to Access the courts for Re-Dress. And to be free from murder, torture, Harrassment, Bias, prejiduce, and most of all Arbitrary Abuse of Government power.

Also sued in their official capacity pursuant to Bivens vs. 6) Unknown Federal Agents due to their hidden identities are any and all person(s) that are responsible for reporting ethics or law violations in the "N³ BrainStorm Project" or Program due to their omissions and lack of duties concerning such outrageous violations of law and constitutional principals. The addresses to these person(s), that are responsible for Ethics concerns, and are also unknown.

D. CLAIMS*

CLAIM I

The following civil right has been violated:

4th Ammendment(s) to the U.S. Constitution
5th
6th
8th
14th

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

The above entitled Defendants used Mr. Johnson as a Guinea Pig, w/out his consent, for the purpose of Nuero weapons Development. In doing so Defendants deliberately harrassed, tormented, tortured, gas lighted, choked, got into his memory, or lack of, his hearing, and eye sight, trying to kill him testing the Nueroweapons potential. As a result Mr. Johnson has suffered brain damage. These facts should suffice the 8th Ammendment, and 14th Ammendment.

In addition the Defendants cont'd. the same said Nueroweapons research & development while Mr. Johnson was a Pre-Trial Detainee @ the Santa Barbara County Jail. In doing so, while in Pretrial Process, the defendants worked in active concert to directly

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Severe Pain and Suffering
Loss of Vision
Loss of Hearing
Severe Mental Distress
Brain Damage
Property Loss and Damage
Punitive Damages
Monetary Damages in the sum of $5,000,000.00
Injunctive Relief

2-22-22
(Date)

(Signature of Plaintiff)

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

Page 6 of 6



5494